REDACTED

JS 45 (11/2002)
**Criminal Case Cover Sheet**                                                                 **U.S. District Court**

| Place of Offense: | Under Seal: Yes ☐ No ☒ | Judge Assigned: |
|---|---|---|
| City: EDVA | Criminal Complaint: No | Criminal Number: 2:23cr102 |
| County/Parish: | Same Defendant: | New Defendant: |
| | Magistrate Judge Case Number: | Arraignment Date: |
| | Search Warrant Case Number: | • |
| | R 20/R 40 from District of _____ . | |

**Defendant Information:**

| Juvenile: Yes ☐ No ☒ | FBI# | Alias Names: Mod |
|---|---|---|
| Defendant Name: Amadeo Ilan Classen | | Alias Names(cont): |

Address:

| Birth Date: /1987 | SS#: -7355 | Sex: Male | Race: Black | Nationality: | Place of Birth: |
|---|---|---|---|---|---|
| Height: 00' 00" | Weight: 00 lbs | Hair: Black | Eyes: Brown | Scars/Tattoos: | |

Interpreter: Yes ☐ No ☒   List Language and/or dialect:

**Location Status:**

Arrest Date:

| ☐ Already in Federal Custody as of: | in: | |
|---|---|---|
| ☒ Already in State Custody | ☐ On Pretrial Release | ☐ Not in Custody |
| ☒ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested |
| ☐ Arrest Warrant Pending | ☒ Detention Sought | ☐ Bond |

**Defense Counsel Information:**

| Name: James Panagis and Brian Latuga | ☐ Court Appointed |
|---|---|
| Address: Wolcott Rivers Gates 200 Bendix Road, Suite 300 Virginia Beach, VA 23452 | ☒ Retained |
| Telephone: 757-497-6633 | ☐ Public Defender |
| | ☒ Office of Federal Public Defender should not be appointed due to conflict of interest |
| | ☐ CJA attorney: _____ should not be appointed due to conflict of interest |

**U.S. Attorney Information:**

| AUSA: Megan Montoya | Telephone No. 757-441-6331 | Bar #: |
|---|---|---|

**Complainant Agency, Address & Phone Number or Person & Title:**

FBI, SA Christopher Forvour

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 U.S.C. 841(a)(1) and 841(b)(1)(C) | Conspiracy to Distribute and Possess with the Intent to Distribute Marijuana and Psilocybin | 1 | Felony |
| Set 2 | 21 U.S.C. § 841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2 | Possession with Intent to Distribute Psilocybin | 2 | Felony |
| Set 3 | 18 U.S.C. § 924(c)(1)(A)(ii) and 2 | Use, Carry, and Brandish of a Firearm During and in Relation to, and Possession of a Firearm in Furtherance of, a Drug Trafficking Crime | 3 | Felony |
| Set 4 | 18 U.S.C. § 924(d)(1); 18 U.S.C. § 982(a)(1); and 28 U.S.C. § 2461(c) | Criminal Forfeiture | 4 | Felony |