IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 2:23cr102 |
| | ) | |
| AMADEO ILAN CLASSEN, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO CONTINUE DEFENDANT'S SENTENCING**

     The United States of America, by and through its attorneys of record, Jessica D. Aber, United States Attorney for the Eastern District of Virginia, and Megan M. Montoya, Assistant United States Attorney, respectfully moves this Honorable Court for a continuance of sentencing hearings for defendants Rashaun Johnson, Davian Jenkins, Jasmine Cuffee, Lateya Conley, Aaron Hunter, Amadeo Classen, and Jeron Cephus in this matter. In support of this motion, the United States avers the following:

     1.     On July 3, 2023, defendant Rashaun Johnson entered a guilty plea to Counts One, Three, and Four of the Superseding Indictment in criminal case no. 2:22cr147. ECF Nos. 230, 231, and 232. Defendant Johnson is scheduled to be sentenced on December 6, 2023. ECF No. 230.

     2.     On July 20, 2023, defendant Davian Jenkins entered a guilty plea to Counts Ones One, Three, and Four of the Superseding Indictment in criminal case no. 2:22cr147. ECF Nos. 271, 272, and 273. Defendant Jenkins is scheduled to be sentenced on January 11, 2024. ECF No. 271.

1

3.	On July 11, 2023, defendant Jasmine Cuffee entered a guilty plea to Count One of the Superseding Indictment in criminal case no. 2:22cr147. ECF Nos. 248, 249, and 251. Defendant Cuffee is scheduled to be sentenced on January 12, 2024. ECF No. 248.

4.	On July 14, 2023, defendant Lateya Conley entered a guilty plea to count one of a Criminal Information in criminal case no. 2:22cr147. ECF Nos. 262, 263, 264, and 265. Defendant L. Conley is scheduled to be sentenced on January 11, 2024. ECF No. 262.

5.	On January 25, 2024, defendant Aaron Hunter pleaded guilty to Counts One, Eleven and Twelve of the Superseding Indictment in criminal case no. 2:22cr147. ECF Nos. 305, 306, and 307. Defendant Hunter is scheduled to be sentenced on January 25, 2024. ECF No. 305.

6.	On August 23, 2023, defendant Amadeo Classen pleaded guilty to Counts One, Two, and Three of a Criminal Information in criminal case no. 2:23cr102. ECF Nos. 10, 11, 12, and 14. He is scheduled to be sentenced on February 8, 2024. ECF No. 10.

7.	On August 21, 2023, defendant Jeron Cephus pleaded guilty to Counts One, Two, and Three of a Criminal Information in criminal case no. 2:23cr101. ECF Nos. 8, 9, 10, and 11. Defendant Cephus is scheduled to be sentenced on February 8, 2024. ECF No. 8.

8.	Co-defendants Cortney Conley, Javaid Reed, Kyron Speller, and Terrance Alexander are scheduled to go to trial on April 2, 2024. ECF No. 334.

9.	All of the above-noted defendants were originally scheduled to be sentenced after the conclusion of the trial. The government respectfully submits that these sentencings should now be moved to occur after the conclusion of the April 2024 trial.  By holding the trial first, the Court will be able to evaluate all of the evidence and the actual role of each of the defendants who have pled guilty as compared to each defendant who is proceeding to trial.

10. The government has conferred with defense counsel for each of the above-noted defendants, who do not oppose this motion.

WHEREFORE, for the reasons stated previously and with the agreement of defense counsel, the United States respectfully requests a continuance of sentencing hearings for defendants Rashaun Johnson, Davian Jenkins, Jasmine Cuffee, Lateya Conley, Aaron Hunter, Amadeo Classen, and Jeron Cephus.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By:  /s/
Megan M. Montoya
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
101 W. Main St., Suite 800
Norfolk, VA 23510
Office Number: 757-441-6331
Facsimile Number: 757-441-3205
E-Mail: Megan.Montoya@usdoj.gov

**Certificate of Service**

I hereby certify that on the 14th day of November 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification to all counsel of record.

/s/
Megan M. Montoya
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
101 W. Main St., Suite 800
Norfolk, VA 23510
Office Number: 757-441-6331
Facsimile Number: 757-441-3205
E-Mail Address: Megan.Montoya@usdoj.gov
