IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
*Norfolk Division*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>AMADEO ILAN CLASSEN,<br><br>     Defendant. | <br><br><br><br><br><br>**Docket No:**  **2:23CR102** |

**MOTION TO WITHDRAW AS COUNSEL**
**AND BRIEF IN SUPPORT**

   NOW COMES the Defendant, Amadeo Classen, by counsel, and pursuant to the Federal Rules of Criminal Procedure, the Local Rules of this Honorable Court, the Virginia Rules of Professional Conduct codified in the Rules of the Virginia Supreme Court and adopted by Local Rule 57.4(J), and the inherent and supervisory powers of this Honorable Court, respectfully moves this Honorable Court, pursuant to Local Rule 57.4(H), to enter an Order granting this Counsel leave to withdraw as counsel of record, and to docket a subsequent status hearing this week to inquire on Mr. Classen's plan for new counsel, or to appoint new counsel, and in support of such motion, counsel states the following:

   Counsel was retained to represent Defendant, Amadeo Classen on September 22, 2023. Counsel attended the Presentencing Interview set for November 16, 2023, via Zoom. The sentencing hearing was set for February 8, 2024. ECF No. 10.  A motion to continue was filed on behalf of the Assistant United States Attorney, Megan Montoya. ECF No. 27. The sentencing hearing was continued to May 9, 2024. ECF No. 28. Counsel's office has

maintained communication with Defendant and the Defendant's mother, who was approved by the Defendant, to be his point of contact in this matter. On March 22, 2024, Defendant attempted to terminate counsel via a letter to the court that has since been stricken from the record. Mr. Classen has communicated that he has lost confidence in Counsel's ability to effectively represent his interests. Counsel has contacted the Assistant United States Attorney, Megan Montoya, and she does not oppose counsel's motion.

WHEREFORE, the Defendant, by counsel, moves this Court for entry of an Order granting defense counsel leave to withdraw as counsel. The Defendant's relationship with counsel has irreconcilably deteriorated and furthermore, become adverse. This counsel requests to leave to withdraw from the case and that a status hearing on this motion to give the Defendant time to obtain new counsel, or to have substitute counsel appointed should the Defendant qualify for such, and to grant any other relief that may be necessary.

Date:   March 26, 2024                          _____/s/_____
                                                Eric Leckie, Esquire
                                                Virginia State Bar # 86847
                                                Invictus Law
                                                1240 Perimeter Parkway, Suite 404
                                                Virginia Beach, Virginia 23454
                                                ericleckie@invictus-law.com
                                                Office  757-337-2727
                                                Fax     757-474-1671
                                                *Counsel for Defendant: Amadeo Classen*

## CERTIFICATE OF SERVICE

  I hereby certify that on the 26TH of March 2024. I electronically filed the following with the Clerk of Court using the CM/ECF System, which shall send notification of such filing to the following noted opposing party:

**Megan M. Montoya**
United States Attorney Office - Norfolk
101 W Main St
Suite 8000
Norfolk, VA 23510
757-441-6331
Email: megan.montoya@usdoj.gov


                _____/s/_____
                Eric Leckie
                Virginia State Bar # 86847
                Invictus Law
                1240 Perimeter Parkway, Suite 404
                Virginia Beach, Virginia 23454
                ericleckie@invictus-law.com
                Office 757-337-2727
                Fax   757-474-1671