IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 2:23cr102 |
| ) | |
| AMADEO CLASSEN, ) | |
| ) | |
| ) | |
| Defendants. ) | |

## MOTION TO CONTINUE DEFENDANT'S SENTENCING

The United States of America, by and through its attorneys of record, Jessica D. Aber, United States Attorney for the Eastern District of Virginia, and Megan M. Montoya, Assistant United States Attorney, respectfully moves this Honorable Court for a continuance of the sentencing hearing for defendant Amadeo Classen. In support of this motion, the United States avers the following:

1. On August 23, 2023, defendant Amadeo Classen pleaded guilty to Counts One, Two, and Three of a Criminal Information in criminal case no. 2:23cr102. ECF Nos. 10, 11, 12, and 14. He is scheduled to be sentenced on May 9, 2024.

2. Assistant United States Attorney Megan M. Montoya will be in a jury trial (*United States v. Lewis* et al. 2:22cr62) which is scheduled to start on May 9, 2024 before District Judge Jamar K. Walker. This three-defendant jury trial is expected to last one to two weeks.

The government has conferred with defense counsel who does not oppose this motion.

WHEREFORE, for the reasons stated above and with the agreement of defense counsel, the United States respectfully requests a continuance of sentencing hearing for defendant Amadeo Classen.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: _____/s/_____
Megan M. Montoya
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
101 W. Main St., Suite 800
Norfolk, VA 23510
Office Number: 757-441-6331
Facsimile Number: 757-441-3205
E-Mail: Megan.Montoya@usdoj.gov